# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2782
Lower Tribunal No. CF21-008913-XX

_____

JAMES HILBURN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

May 28, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED